IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PEAKS TRUST 2009-1; DEUTSCHE BANK NATIONAL TRUST COMPANY, solely in its capacity as lender trustee of the PEAKS Trust 2009-1; DEUTSCHE BANK TRUST COMPANY DELAWARE, solely in its capacity as owner trustee of PEAKS Trust 2009-1, DEUTSCHE BANK TRUST COMPANY AMERICAS, solely in its capacity as indenture trustee and collateral agent. )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | Case No.: 1:20-CV-2386-JRS-MJD |

## APPEARANCE OF COUNSEL

Comes now Ben T. Caughey of Mercho Caughey and hereby enters his appearance as counsel for the above captioned Defendants, PEAKS TRUST 2009-1; DEUTSCHE BANK NATIONAL TRUST COMPANY, solely in its capacity as lender trustee of the PEAKS Trust 2009-1; DEUTSCHE BANK TRUST COMPANY DELAWARE, solely in its capacity as owner trustee of PEAKS Trust 2009-1, DEUTSCHE BANK TRUST COMPANY AMERICAS, solely in its capacity as indenture trustee and collateral agent.

The undersigned supplies the below contact information:

Ben T. Caughey
MERCHO CAUGHEY
828 E. 64th St.
Indianapolis, IN 46220
Telephone: (317) 722-0607

        Facsimile: (317) 797-9648
        ben.caughey@merchocaughey.com

        MERCHO CAUGHEY

        /s/ Ben T. Caughey
        Ben T. Caughey
        Counsel for the Defendants

MERCHO CAUGHEY
828 E. 64th St.
Indianapolis, IN 46220
Telephone: (317) 722-0607
Facsimile: (317) 797-9648
ben.caughey@merchocaughey.com

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was filed via the Court's cm/ecf system and served on the following via electronic service on the 15th day of September 2020:

manuel.arreaza@cfpb.gov

molly.mcowen@cfpb.gov

jonathan.reischl@CFPB.gov

        /s/ Ben T. Caughey
        Ben T. Caughey

MERCHO CAUGHEY
828 E. 64th St.
Indianapolis, IN 46220
Telephone: (317) 722-0607
Facsimile: (317) 797-9648
ben.caughey@merchocaughey.com